## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | )<br>)   **3:09-md-02100-DRH-PMF**<br>)<br>)   **MDL No. 2100**<br>) |

**This Document Relates To:**

*Robin Broeske v. Bayer HealthCare*        No. 11-cv-10111-DRH
*Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 24, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
        **Deputy Clerk**

**Dated:**  January 27, 2014

Digitally signed by
David R. Herndon
Date: 2014.01.27
06:14:14 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT